UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| REV KASEY HOFFMANN, | ) |
| | ) CASE NO.: 3:16-CV-00304-RCJ-WGC |
| Plaintiff, | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| RAIL CITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on September 7, 2016, in which the Magistrate Judge recommends the Court dismiss this action. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 22nd day of September, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE