UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REV KASEY F. HOFFMANN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RAIL CITY, *et al.,*<br><br>　　　　　　Defendants. | Case No.: 3:16-CV-00304-RCJ-WGC<br><br>**ORDER** |

　　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF #10) entered on December 8, 2016, in which the Magistrate Judge recommends the Court deny as moot Plaintiff's Renewed Application to Proceed *In Forma Pauperis* (ECF No. 9) and Plaintiff's action remain dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #10).

　　　　IT IS HEREBY ORDERED that Plaintiff's Renewed Application to Proceed *In Forma Pauperis* (ECF No. 9) is DENIED as MOOT.

ORDER - 1

IT IS FURTHER ORDERED that this action remains DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of January, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE